Glenn Spencer Bacal - 006812
gbacal@jsslaw.com
Christine Meis McAuliffe - 021226
cmcauliffe@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Mark N. Mutterperl
mmutterperl@fulbright.com
Mark Bradford
mbradford@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Plaintiff The Procter & Gamble Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Procter & Gamble Company,<br><br>Plaintiff,<br><br>vs.<br><br>Frenchina LLC; Benjamin Drevet; Iris Han Bin Wu; John Does and/or Jane Does 1-50; and XYZ Businesses,<br><br>Defendants. | No. CV05-02595 PHX EHC<br><br>**Stipulation to Entry of Stipulated Consent Decree and Permanent Injunction (Re Frenchina LLC, Benjamin Drevet and Iris Han Bin Wu)** |

The parties hereby stipulate to entry of the Stipulated Consent Decree and Permanent Injunction (Re Frenchina LLC, Benjamin Drevet and Iris Han Bin Wu) in the form attached hereto as Exhibit A.

3034310_1.DOC(56650.1)

**DATED** this 29th day of November, 2006.

          JENNINGS, STROUSS & SALMON, P.L.C.


          By s/Glenn Spencer Bacal
             Glenn Spencer Bacal
             The Collier Center, 11th Floor
             201 East Washington Street
             Phoenix, Arizona 85004-2385

Attorneys for Plaintiff


WINSOR LAW FIRM


By:     s/John S. Burton
        (signed electronically with permission)
        Bank of America Tower
        1201 S. Alma School Road, Suite 1100
        Mesa, Arizona  85210

Attorneys for Defendants Frenchina LLC;
Benjamin Drevet; and Iris Han Bin Wu

3034310_1.DOC(56650.1)      2

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, the foregoing was electronically transmitted to the Clerk's Office of the United States District Court for the District Arizona using the CM/ECF System for filing and transmitted of Notice of Electronic Filing to the following CM/ECF registrant:

John S. Burton, Esq.
Winsor Law Firm
Bank of America Tower
1201 S. Alma School Rd., Suite 1100
Mesa, AZ  85210

By:   s/ Glenn S. Bacal
Glenn Spencer Bacal
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ  85004-2384

Attorneys for Plaintiff