IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Procter & Gamble Company , | ) | No. CV 05-02595-PHX-EHC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Frenchina LLC; Benjamin Drevet; Iris Han | ) | |
| Bin Wu; John Does 1-50; Jane Does 1-50; | ) | |
| XYZ Business, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
|  | ) | |

The Court has reviewed the Stipulation to Entry of Stipulated Consent Decree and Permanent Injunction (Dkt. 42) as to Defendants Frenchina LLC, Benjamin Drevet and Iris Han Bin Wu.  The Stipulated Consent Decree is attached to Docket 42.

Accordingly,

**IT IS ORDERED** that the Stipulated Consent Decree is signed this date and is to be filed with the Clerk.

DATED this 30th  day of November, 2006.

_____
Earl H. Carroll
United States District Judge