Glenn Spencer Bacal - 006812
gbacal@jsslaw.com
Christine Meis McAuliffe - 021226
cmcauliffe@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Mark N. Mutterperl
mmutterperl@fulbright.com
Mark Bradford
mbradford@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Plaintiff The Procter &
Gamble Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | No. 05 Civ. 2595 (PHX) (EHC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATED CONSENT DECREE |
| ) | AND PERMANENT INJUNCTION |
| FRENCHINA LLC; BENJAMIN DREVET; ) | (RE FRENCHINA LLC, |
| IRIS HAN BIN WU; JOHN DOES AND/OR ) | BENJAMIN DREVET AND IRIS |
| JANE DOES 1-50; and XYZ BUSINESSES, ) | HAN BIN WU) |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff The Procter & Gamble Company (hereinafter "Procter & Gamble"),

having filed its Complaint herein on August 29, 2005, against, *inter alia*, Defendants

Frenchina LLC, Benjamin Drevet and Iris Han Bin Wu (hereinafter, collectively,

"Frenchina"), and Frenchina having consented to the entry of this Consent Decree

And Permanent Injunction to be binding on Frenchina, Frenchina's agents, employees, and representatives and all persons in active concert or participation with Frenchina who receive notice thereof:

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that final judgment in favor of Procter & Gamble and against Frenchina be entered as follows:

This Court has jurisdiction of the subject matter of all counts of this action and over all the parties hereto.

Procter & Gamble is the owner of registered and common law trademark rights in its famous SK-II family of trademarks, which includes among others the marks shown below (hereinafter the "SK-II Marks").  The SK-II Marks are good, valid and enforceable in law, and Procter & Gamble is the sole proprietor of all right, title and interest in and to said SK-II Marks:

| UNITED STATES REGISTRATION/ SERIAL NUMBER | PROCTER & GAMBLE TRADEMARK | REGISTRATION/ FILING DATE |
|---|---|---|
| 2,883,114 | SK-II Whitening Source | September 7, 2004 |
| 2,902,277 | SK-II | November 9, 2004 |
| 78/510,630 | SK-II LXP Ultimate Revival Cream | November 3, 2004 |
| 78/205,273 | SK-II Body Designer | January 21, 2003 |
| 78/555,628 | SK-II Carton design | January 28, 2005 |

| 78/555,630 | SK-II Silver Rectangle design | January 28, 2005 |
|---|---|---|

Frenchina engaged in various acts including distributing, advertising, offering for sale and selling in commerce certain beauty and skin care products bearing counterfeits and infringements of Procter & Gamble's SK-II Marks which were not manufactured or authorized by Procter & Gamble ("Counterfeit SK-II Products").

The actions of Frenchina constitute, among other things, counterfeiting, trademark infringement and unfair competition under the laws of the United States and the state of New York causing irreparable harm to Plaintiff and causing likelihood of confusion to the public.

Count One of the Complaint states a claim against Frenchina for federal trademark counterfeiting and infringement under the Lanham Act (15 U.S.C. § 1114).

Count Two of the Complaint states a claim against Frenchina for unfair competition and false designation of origin under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

Count Three of the Complaint states a claim against Frenchina for federal trademark dilution under Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)).

Count Four of the Complaint states a claim against Frenchina for state trademark dilution under the Arizona Code of Trade and Commerce, section 44-1448.01.

Count Five of the Complaint states a claim against Frenchina for state trademark infringement and unfair competition under the Arizona Code of Trade and Commerce, section 44-1451.

Count Six of the First Amended Complaint states a claim against Frenchina for trademark infringement under common law.

Frenchina and Frenchina's respective successors, assigns, affiliates, agents, servants, employees, representatives, and all persons, firms and corporations in active concert or participation with Frenchina who receive notice hereof, are hereby enjoined and restrained:

> from directly or indirectly infringing the above-described registered and common law SK-II Marks in any manner, including generally but not limited to manufacturing, selling, offering for sale, advertising and distributing any Counterfeit SK-II Products, or any other beauty or skin care or other products or services that infringe said SK-II Marks, and specifically (i) using said SK-II Marks or each of them or any marks similar thereto, or any reproduction, counterfeit, copy, or colorable imitation of said SK-II Marks in connection with the manufacture, distribution, advertising, sale, offering for sale, or other use of the Counterfeit SK-II Products or any other products or services, or (ii) applying said SK-II Marks or any such reproduction, counterfeit, copy, or colorable imitation to any label, sign, print, package, wrapper,

receptacle, or advertisement used in connection with the manufacture, distribution, advertising, sale, or offering for sale of the Counterfeit SK-II Products or other products;

from using any trademark, trade name, logo, or design that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Frenchina's customers, or members of the public that said Counterfeit SK-II Products or other unauthorized products or services sold by Frenchina originate from Procter & Gamble, or that said Counterfeit SK-II Products or other unauthorized products or services have been sponsored, approved or licensed by, or are associated with Procter & Gamble or are in some way connected or affiliated with Procter & Gamble;

from knowingly engaging in any conduct which tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers, Frenchina's customers, and/or members of the public, to believe that Frenchina itself is connected with Procter & Gamble, or is sponsored, approved or licensed by Procter & Gamble, or is in some way connected or affiliated with Procter & Gamble;

from affixing, applying, annexing or using in connection with the manufacture, distribution, advertising, sale, or offering for sale or other use of any goods or services, a false description or representation,

including words or other symbols tending falsely to describe or

represent such goods as being those of Procter & Gamble; and

from diluting and infringing the aforementioned SK-II Marks and

damaging Procter & Gamble's goodwill, reputation and business.

Frenchina shall promptly deliver up to Procter & Gamble for destruction any

remaining inventory of the Counterfeit SK-II Products; any other beauty and skin

care products or other unauthorized products which bear the SK-II Marks or any

reproduction, counterfeit, copy or colorable imitation of said SK-II Marks.

SO ORDERED:

Dated this 30th day of November, 2006.

Earl H. Carroll
United States District Judge